1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

JOHN-FRANCIS JUDE SUPPAH,

　　　　　　　　Plaintiff,

　　v.

APRIL D. MCCOMB, et al.,

　　　　　　　　Defendants.

NO. C10-5079 RJB/KLS

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S ORDER TO SHOW CAUSE

　　　Before the court is Plaintiff's motion for an extension of time to respond to the court's Order to Amend or Show Cause (Dkt. 7). Dkt. 8. Having reviewed the motion and balance of the record, does hereby **ORDER:**

　　　1.　Plaintiff's motion for extension of time (Dkt. 8) is **GRANTED.** Plaintiff shall file his response **on or before April 30, 2010.**

　　　2.　The Clerk shall send a copy of this Order to Plaintiff.

　　　**DATED** this  30th  day of March, 2010.

　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge