# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN-FRANCIS JUDE SUPPAH

       v.

APRIL D. McCOMB, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5079RJB/KLS

\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **ADOPTS** the Report and Recommendation (Dkt. 13).

This action is **DISMISSED without prejudice** prior to service for failure to state a claim.

| | |
|---|---|
| July 22, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |